IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PLEASANT RETREAT UNITED METHODIST CHURCH<br>*Plaintiff*, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 6:19-cv-188- JDL |
| | § | |
| CHURCH MUTUAL INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Pleasant Retreat United Methodist Church, and Defendant, Church Mutual Insurance Company, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 22, 2020.

Respectfully submitted,

  /s/ *J. Drew Houghton  (with permission)*
J. Drew Houghton
William F. "Chip" Merlin, Jr.
Larry E. Bache, Jr.
**MERLIN LAW GROUP, P.A.**
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com
       cmerlin@merlinlawgroup.com
       lbache@merlinlawgroup.com

    Rene M. Sigman
    State Bar No. 24037492
    Michael W. Duffy
    **MERLIN LAW GROUP, P.A.**
    515 Post Oak Blvd, Suite 510
    Houston, Texas 77027
    Telephone: (713) 626-8880
    Facsimile:  (713) 626-8881
    Email: RMSdocket@merlinlawgroup.com
           mduffy@merlinlawgroup.com

    ***ATTORNEYS FOR PLAINTIFF***

    -and-

      /s/ *Todd F. Newman*
    Marc A. Sheiness, Attorney-in-Charge
    Texas State Bar No. 18187500
    Todd F. Newman
    Texas State Bar No. 24032906
    4544 Post Oak Place Drive, Suite 270
    Houston, Texas 77027
    Telephone: (713) 374-7005
    Facsimile:  (713) 374-7049
    msheiness@hou-law.com
    tnewman@hou-law.com

    Clay M. White (Local Counsel)
    State Bar No. 21292220
    **WHITE SHAVER**
    205 W. Locust Ave.
    Tyler, Texas 75702
    Telephone: 903/533-9447
    Telefax: 903/595-3766
    cwhite@whiteshaverlaw.com

    ***ATTORNEYS FOR DEFENDANT***