# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PLEASANT RETREAT UNITED METHODIST CHURCH,** § § § § **Plaintiff,** § § **v.** § § **CHURCH MUTUAL INSURANCE COMPANY,** § § § **Defendant.** | **CIVIL ACTION NO. 6:19-CV-00188-JDL** |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice. (Doc. No. 130.) Construing the motion as a request to dismiss all claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court, having reviewed the stipulation, finds the terms of dismissal proper. Plaintiff wishes to dismiss all claims against the Defendant with prejudice, and no counterclaims have been filed in this action. Accordingly, all asserted claims in this matter are **DISMISSED with prejudice**. All pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED** to close this case.

In light of the stipulation of dismissal, the show cause hearing scheduled for January 6, 2021 is therefore **CANCELED**. (Doc. No. 129.)

So ORDERED and SIGNED this 23rd day of December, 2020.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE